UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



**Randolph Jack Solo**

    **Plaintiff,**

v.                                                     Case No. 3:25-cv- 715

**Kroger Co.**

    **Defendant.**

JURY DEMAND? YES

**COMPLAINT**

15 U.S.C. § 1125(a)
False Advertising, Negligence

Plaintiff seeks $2,150,850.00 in relief.

1. **Jurisdiction**. Plaintiff (Randolph Jack Solo) is suing Defendant (Kroger Co.) for False Advertising, a deliberate and willful act, under Section 43(a) of the Lanham Act [15 U.S.C. § 1125(a)]. Plaintiff also claims damages due to Negligence on the part of Defendant.

2. **Venue**. All events took place in Huntington, West Virginia. Plaintiff currently resides in Cabell County (Barboursville), West Virginia.

3. Defendant is Kroger Co., an Ohio corporation, a publicly traded company (symbol KR on NYSE), doing business at 1014 VINE ST, CINCINNATI, OH, 45201.

4. Plaintiff is Randolph Jack Solo, residing in Cabell County (Barboursville, WV), and receiving correspondence at P.O. Box 33, Barboursville, WV 25504.

5. On or about December 1, 2025, I (Plaintiff) bought one pint of Simple Truth Organic Half & Half at the Kroger in Barboursville, West Virginia. I drank the milk and cream. One hour later, I threw up. The next day I was very dizzy and fell three times. Legs and right elbow black and blue. Significant pain for five days. The product may have been contaminated.

6. **LIE #1**: Half and Half, in American english, means half milk and half cream. The label on the Kroger STO Half & Half says it contains 3.5g of fat per 30 mL of product. 30 mL of heavy cream contains 11g of fat. If the (Kroger) product was in truth, half milk and half cream, the fat content should be AT LEAST **5.5g of fat per 30 mL of product. This means that Kroger STO Half & Half contains less than 32% cream (by volume)**—far below the 50% that it promises to be. **In truth, it is less than one *third* cream, and not one *half* cream as advertised.**

7. **LIE #2**: The label says "PERISHABLE" and "KEEP REFRIGERATED." Incidently, the label also informs (correctly) that the product is "ULTRA-PASTEURIZED" with a "BEST IF USED BY DATE" of 05/20/2026 (more than *six months* from date of purchase). **Ultra-pasteurized milk is completely <u>sterile</u> and does NOT meet the definition of a perishable food—it is essentially a <u>canned</u> food** product and does NOT need to be refrigerated (before opening). These words are simply used to trick consumers into thinking they are buying a fresh milk product—which they are not!

2

8. **LIE #3**: The label boasts that the product is "FREE FROM UNWANTED INGREDIENTS", in <u>two</u> different places, but Kroger does NOT do any independent chemical testing of their product and CANNOT make this claim. My guess is that independent chemical testing will show several contaminants (some of them which may be actually quite poisonous).

RELIEF

**A.** Plaintiff asks The Court to award (i.e., order) monetary compensation from Defendant for Total Damages in the amount of **$2,150,850** (two million one hundred fifty thousand eight hundred and fifty dollars) comprised of:

1. $150,000 for Pain & Suffering plus
2. $700 for Court Fees plus
3. $150 for Out-of-Pocket Expenses and
4. $2,000,000 (two million dollars) in Punitive Damages, to send a clear message throughout the corporate farming industry and to safeguard future consumers.

**B.** Plaintiff also asks The Court for INJUNCTIVE RELIEF in the form of a Court Order, forcing Defendant to REMOVE the words "PERISHABLE" and "KEEP REFRIGERATED" from their product and to REMOVE the words "FREE FROM UNWANTED INGREDIENTS" from their product (or provide the name of a reputable chemical company that does periodic testing).

**C.** Plaintiff also asks The Court for any other relief that The Court deems appropriate.

I certify that all these statements are true.

*[signature]*  12/4/2025

Randolph J. Solo, Plaintiff (Pro Se)  Date
P.O. Box 33
Barboursville, WV 25504
rsolo007@proton.me

County of Cabell
State of West Virginia
The foregoing instrument was acknowledged before me this 4 day of December, 2025
by Randolph J. Solo
*[signature]* Notary Public
My commission expires 4-2-2029



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Jill Asbury
Barboursville Public Library
749 Central Avenue
Barboursville WV 25504
My Commission Expires April 2, 2029